William VALORA, Jr., as Parent and Natural Guardian of Benjamin Valora and William Valora, Jr., in his own right, Respondent

v.

PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, Petitioner.

Supreme Court of Pennsylvania.

Oct. 4, 2005.

*ORDER*

PER CURIAM:

**AND NOW,** this 4th day of October, 2005, the Petition for Allowance of Appeal is hereby GRANTED, *limited* to the following issues:

1. Did the Superior Court err as a matter of law when it ignored Petitioner's *contractual* right to subrogation and treated this as a case of equitable subrogation?

2. Did the Superior Court err as a matter of law when it relied on precedent under the Worker's Compensation Act to arrive at its conclusion that Petitioner was required to pursue its subrogation rights diligently?

Darla FRITZ and Gordon Fritz, Petitioners

v.

Hazel WRIGHT, Carolyn Temple, Bonnie Stuart, and Samuel Wright, Individually and Doing Business as Wright's Lane Properties, Respondents.

Supreme Court of Pennsylvania.

Oct. 4, 2005.

*ORDER*

PER CURIAM:

**AND NOW,** this 4th day of October 2005, the Petition for Allowance of Appeal in the above captioned matter is **GRANTED,** limited to the following issue:

Whether 42 Pa.C.S.A. § 5104(b) and Article I, Section 6 of the Pennsylvania Constitution require that the same ten jurors must vote the same on each question listed on a special interrogatory verdict sheet for there to be a "verdict"?